DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BULLIN

No. 379P02

Case below: 150 N.C. App. 631

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

STATE v. CLIFTON

No. 381P02

Case below: 151 N.C. App. 599

Motion by Attorney General to dismiss appeal allowed 3 October 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

STATE v. CONAWAY

No. 389A92-4

Case below: Richmond County Superior Court

Application by defendant for writ of habeas corpus denied 3 September 2002.

STATE v. DAVIS

No. 75P02

Case below: 148 N.C. App. 215

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002. Alternative petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.

STATE v. GALLOWAY

No. 536A01

Case below: 145 N.C. App. 555

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 October 2002.